IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| JULIE MORGAN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JAMES O. BROCCOLETTI, and )<br>ZOBY & BROCCOLETTI, P.C., )<br>)<br>Defendants. ) | Case No. 3:22-cv-57–HEH |

## MEMORANDUM OPINION
(Dismissing the Case with Prejudice)

THIS MATTER is before the Court on its own initiative. Plaintiff filed her Complaint on January 24, 2022 (ECF No. 1.) Defendants then filed a Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6) (the "Motion"). (ECF No. 7.) In an Order on May 2, 2022, the Court granted the Motion and dismissed the Complaint without prejudice. (Order, ECF No. 16.) In the same Order, the Court granted Plaintiff leave to file an amended complaint within thirty days. (*Id.*) Additionally, in the accompanying Memorandum Opinion, the Court warned Plaintiff that failure to do so could result in dismissal of the case with prejudice. (Mem. Op. at 9, ECF No. 15.)

More than thirty days have passed since that Order and Plaintiff has not filed an amended complaint or communicated with the Court in any way. Consequently, the case will be dismissed with prejudice.

An appropriate Order will accompany this Memorandum Opinion.

/s/
Henry E. Hudson
Senior United States District Judge

Date: June 6, 2022
Richmond, VA